238 So.2d 531

**STATE of Louisiana**

**v.**

**J. C. CURRY et al.**

No. 50827.

Aug. 31, 1970.

The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction.

238 So.2d 531

**Reverend Thomas BROWN and Lezin C. Oubre, Jr.**

**v.**

**DEMOCRATIC COMMITTEE, COURT OF APPEAL, FOURTH CIRCUIT, THIRD DISTRICT et al.**

No. 50749.

July 21, 1970.

The application is denied. On the facts found by the Court of Appeal the result reached by it is correct.

BARHAM, J., is of the opinion the writ should be granted. Even under the facts found by the Court of Appeal the result is contrary to law. See Hall v. Godchaux, 149 La. 733, 90 So. 145; Melerine v. Dem. Exec. Comm., 164 La. 855, 114 So. 711; McIntire v. Carpenter, La.App., 202 So.2d 297. Writ denied Sept. 21, 1967.